UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
COLLETTE STROUDE, on behalf of herself and all others similarly situated,

                                Plaintiff,

    -v.-

BRILLIANT JEWELERS/MJJ, INC.

                                Defendants.
-------------------------------------------------------------------------x

Civil Action No: 1:23-cv-7850

## JOINT STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 14, 2023

| **For Plaintiff Collette Stroude** | **For Defendant Brillian Jewelers/MJJ, Inc.** |
|---|---|
| _s/PeterPaul Shaker_<br>PeterPaul Shaker<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>pshaker@steinsakslegal.com | _s/Christine Walz_<br>Christine Walz<br>Holland & Knight LLP<br>31 W. 52nd Street<br>New York, NY 10019<br>Ph: (212) 513-3200<br>Christine.walz@hklaw.com |

## **CERTIFICATE OF SERVICE**

I certify that on December 14, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ PeterPaul Shaker*

                                          PeterPaul Shaker
                                          **Stein Saks, PLLC**
                                          One University Plaza
                                          Hackensack, NJ 07601
                                          *Attorneys for Plaintiff*